## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IMPERIUM INSURANCE COMPANY** § § § | | **PLAINTIFF** |
| **v.** § § § | | **Civil No. 1:24-cv-100-HSO-RPM** |
| **ALAN JOSEPH MORAN, et al.** § | | **DEFENDANTS** |

### DECLARATORY JUDGMENT

In accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that a **DECLARATORY JUDGMENT** is entered in favor of Plaintiff Imperium Insurance Company.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Court declares that:

(a) Imperium Insurance Company has no duty to defend Alan Joseph Moran or A&M Spray Foam Insulation, LLC against the claims asserted in any lawsuit related to Alan Joseph Moran's criminal actions, including those alleged in Russell Dykes and Raychel Dykes, individually and on behalf of their minor son, *John Doe v. Phillip's Pest Control Co., LLC; A&M Spray Foam Insulation, LLC; and Alan Joseph Moran*, Cause No. 23CI1:22-cv-00039, in the Circuit Court of Hancock County, Mississippi.

(b) Imperium Insurance Company has no duty to indemnify Alan Joseph Moran and/or A&M Spray Foam Insulation, LLC against the claims asserted in any lawsuit related to Alan Joseph Moran's criminal actions, including those alleged in *Russell Dykes and Raychel Dykes, Individually*

*and on behalf of their minor son, John Doe v. Phillip's Pest Control Co., LLC; A&M Spray Foam Insulation, LLC; and Alan Joseph Moran*, Cause No. 23CI1:22-cv-00039, in the Circuit Court of Hancock County, Mississippi;

(c) Imperium Insurance Company has no duty to satisfy and/or pay any judgment entered against Alan Joseph Moran and/or A&M Spray Foam Insulation, LLC in any lawsuit related to Alan Joseph Moran's criminal actions, including those alleged in *Russell Dykes and Raychel Dykes, Individually and on behalf of their minor son, John Doe v. Phillip's Pest Control Co., LLC; A&M Spray Foam Insulation, LLC; and Alan Joseph Moran*, Cause No. 23CI1:22-cv-00039, in the Circuit Court of Hancock County, Mississippi; and

(d) Imperium Insurance Company has no obligation to Alan Joseph Moran and/or A&M Spray Foam Insulation, LLC in the premises whatsoever.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE